

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
RAMI M. SALIM▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 20, 2025



**Via CM/ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

    Re:    **Valencia v. Alice's Tea Cup, LLC**
              **Case #: 1:25-cv-05523-KPF**

Dear Judge Failla:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for October 24, 2025 be adjourned because Defendant Alice's Tea Cup, LLC has not made an appearance or reached out to Plaintiff.

    Counsel initially contacted Plaintiff's counsel on August 12, 2025 and stated that they were in the process of being retained by Defendant. After reaching out to them several times, I have confirmed that they have not been retained by Defendant. There has been no other contact made by Defendant. Defendant has been successfully served and Plaintiff intends on filing for a Certificate of Default against Defendant.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                         Respectfully submitted,

                                                         *s/ Rami M. Salim*
                                                         Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF

[MEMO ENDORSED]

Application GRANTED.

The initial pretrial conference ("IPTC") currently scheduled for October 24, 2025, is hereby adjourned *sine die*. Plaintiff is directed to follow the Court's Individual Rules of Practice in Civil Cases in seeking a default judgment. In the event that Defendant appears in the interim, the Court will reschedule the IPTC.

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Dated:    October 21, 2025            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE